In the Matter of the Application of Peter Rich, Also Known as Pietro Ricci, for a Peremptory Mandamus Order Directed against Hon. Louis A. Valente, as a Justice of the Supreme Court of the State of New York, and as a Justice of Said Court Holding or to Hold a Special Term, Part II, of the Supreme Court in and for the County of New York; and Mary Elizabeth Lackey and Eleanor Robb.

— Motion for restraining order denied, with ten dollars costs. Motion for peremptory mandamus order denied, with ten dollars costs. Motion that papers in habeas corpus proceedings be included among the papers on the motion for peremptory mandamus order denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.